395 A.2d 977

Commonwealth ex rel. King, Appellant, v. Davis et ux., et al.

Argued September 14, 1978. John H. Kennedy, for appellant; Kimberly D. Borland, for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

OPINION PER CURIAM: This case is remanded to the lower court for filing of a full opinion. *In re Custody of Hernandez*, 249 Pa.Super. 274, 376 A.2d 648 (1977).